B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|
| NORTHERN _____ District of ILLINOIS | |

| Name of Debtor (if individual, enter Last, First, Middle): **Kavanagh, Jr., James Thomas** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Kavanagh, Isabelle Ann** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **Isabelle Ann Carpenter** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **2307** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **4556** |
| Street Address of Debtor (No. and Street, City, and State): **1429 Red Top Lane** **Minooka IL**                            ZIP CODE **60447** | Street Address of Joint Debtor (No. and Street, City, and State): **1429 Red Top Lane** **Minooka IL**                           ZIP CODE **60447** |
| County of Residence or of the Principal Place of Business: **Grundy** | County of Residence or of the Principal Place of Business: **Grundy** |
| Mailing Address of Debtor (if different from street address): **1429 Red Top Lane** **Minooka IL**                            ZIP CODE **60447** | Mailing Address of Joint Debtor (if different from street address): **1429 Red Top Lane** **Minooka IL**                           ZIP CODE **60447** |
| Location of Principal Assets of Business Debtor (if different from street address above):             ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* ☐ Corporation (includes LLC and LLP) ☐ Partnership ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☐ Other | ☑ Chapter 7          ☐ Chapter 15 Petition for ☐ Chapter 9             Recognition of a Foreign ☐ Chapter 11           Main Proceeding ☐ Chapter 12          ☐ Chapter 15 Petition for ☐ Chapter 13           Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors Country of debtor's center of main interests: Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity (Check box, if applicable.) ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts (Check one box.) ☑ Debts are primarily consumer   ☐ Debts are debts, defined in 11 U.S.C.       primarily § 101(8) as "incurred by an        business debts. individual primarily for a personal, family, or household purpose." |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached. ☑ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). Check if: ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*). - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - Check all applicable boxes: ☐ A plan is being filed with this petition. ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors. ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☑ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☑ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 29 2013
KENNETH S. GARDNER, CLERK
- SJ

B1 (Official Form 1) (04/13)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Kavanagh, Jr., James Thomas -and- Kavanagh, Isabelle Ann** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐   Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____<br>    Signature of Attorney for Debtor(s)   (Date)

</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☑   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

(   _____
                    (Name of landlord that obtained judgment)

(   _____
                    (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** **Kavanagh, Jr., James Thomas -and- Kavanagh, Isabelle Ann** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _James T. Kavanagh Jr._
Signature of Debtor

X _Isabelle Kavanagh_
Signature of Joint Debtor
**815-290-5256**
Telephone Number (if not represented by attorney)
4-26-13
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

### __NORTHERN__ District of __ILLINOIS__

In re __Kavanagh, Jr., James Thomas -and-__
Debtor __Kavanagh, Isabelle A.__

Case No._____
*(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                                                Page 2

❑ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

_____
_____
_____
_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❑ 4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

❑ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❑ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
❑ Active military duty in a military combat zone.

❑ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _James T. Kavanogh Jr._
Date: _4-26-13_

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

### <u>NORTHERN</u> District of <u>ILLINOIS</u>

In re **Kavanagh, Jr., James Thomas -and-**  
Debtor **Kavanagh, Isabelle A.**

Case No. _____  
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Isabelle A. Kavanagh*

Date: 4-26-13

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### NORTHERN District Of   ILLINOIS

In re   **Kavanagh, Jr., James Thomas**   & Kavanagh, Isabelle   Case No. _____
                        Debtor

Chapter   7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 1 | $ 0 | | |
| B - Personal Property | | 3 | $ 7000 | | |
| C - Property Claimed as Exempt | | 1 | | | |
| D - Creditors Holding Secured Claims | | 1 | | $ 0 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | 2 | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 49 | | $ 345689 | |
| G - Executory Contracts and Unexpired Leases | | 1 | | | |
| H - Codebtors | | 1 | | | |
| I - Current Income of Individual Debtor(s) | | 1 | | | $ 4342 |
| J - Current Expenditures of Individual Debtors(s) | | 1 | | | $ 4470 |
| TOTAL | | | $ 7000 | $ 345689 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

_NORTHERN_ District Of _ILLINOIS_

In re __Kavanagh, Jr., James Thomas__ & Kavanagh, Isabelle  Case No. _____
          Debtor

                                                    Chapter ____7____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0 |
| Student Loan Obligations (from Schedule F) | $ | 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0 |
| TOTAL | $ | 0 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 4342 |
| Average Expenses (from Schedule J, Line 18) | $ | 4470 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 5500 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    0 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    0 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    0 |
| 4.  Total from Schedule F | | $    345689 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    345689 |

B6A (Official Form 6A) (12/07)

In re <u>Kavanagh, Jr., James Thomas</u> *& Kavanagh Isabelle M.*     Case No. _____
             **Debtor**                                                                           **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | None |
| | | Total► | 0 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re _Kavanagh, Jr., James Thomas_ *Kavanagh Isabelle*      Case No. _____
         Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Miscellanous Household Goods - Home | J | 700 |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Miscellaneous Clothing - Home | J | 300 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Kavanagh, Jr., James Thomas  & Kavanagh, Isabelle A.        Case No. _____
_____                        _____
              Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re <u>Kavanagh, Jr., James Thomas</u>   Kavanagh, Isabelle A.          Case No. _____
             Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Automobile - Residence** **Automobile - Residence** | J J | **1000** **5000** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

__0__ continuation sheets attached      Total▶      $ **7000**

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re **Kavanagh, Jr., James Thomas** & Kavanagh, Isabelle A   Case No. _____
          *Debtor*                                                                      *(If known)*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Miscellanous Household Goods | 735-5/12-1001(a)(b); | 700 | 700 |
| Automobile | 735-5/12-1001(b); | 1000 | 1000 |
| Miscellaneous Clothing | 735-5/12-1001(a)(b); | 300 | 300 |
| Automobile | 735-5/12-1001(c); | 5000 | 5000 |

\* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re Kavanagh, Jr., James Thomas *& Kavanagh Isabelle*   Case No. _____
_____Debtor_____                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

[X]   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| _____ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $  0 | $  0 |
| | | | Total ▶ (Use only on last page) | | | | $  0 | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re <u>Kavanagh, Jr., James Thomas & Kavanagh, Isabelle</u>   Case No._____
    Debtor                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

**[X]**   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

[ ] **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ] **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ] **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (04/13) – Cont.**

In re _Kavanagh, James + Kavanagh, Isabelle_____  Case No._____
            **Debtor**                                                           **(if known)**

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                      **0**   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re Kavanagh, Jr., James Thomas & Kavanagh, Isabelle       Case No. _____
                    Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Academy Collection Services** **10965 Decatur Road** **Philadelphia PA 19154** | | J | 1/2010 **Medical Collections** | | | | 150 |
| ACCOUNT NO. 30300 **Advanced Eye Care** **1870 Silver Cross Blvd.** **New Lenox IL 60451** | | J | 12/27/12 **Medical Bills** | | | | 41 |
| ACCOUNT NO. 30255 **Advanced Eye Care** **1870 Silver Cross Blvd.** **New Lenox IL 60451** | | W | 12/12/12 **Medical Bills** | | | | 22 |
| ACCOUNT NO. 56800 **Advanced Urology** **812 Campus Drive** **Joliet IL 60435** | | J | 3/2009 **Medical Bills** | | | | 507 |

Subtotal▶ | $ 720

<u>48</u>  continuation sheets attached

Total▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas & Kavanogh Isabelle A    Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Advanced Urology Associates**<br>**723 First Street**<br>**Lasalle IL 61301** | | J | **Unknown**<br><br>**Medical Collections** | | | | 500 |
| ACCOUNT NO.<br><br>**Advanced Urology Associates**<br>**P.o. Box 416**<br>**Lasalle IL 61301** | | J | **Unknown**<br><br>**Medical Collections** | | | | 11 |
| ACCOUNT NO. 19716228<br><br>**Alliance One Receivables**<br>**6565 Kimball Drive**<br>**Suite 200**<br>**Gig Harbor WA 98335** | | J | 5/2009<br><br>Collection | | | | 92 |
| ACCOUNT NO. 950729<br><br>**American Collections**<br>**919 Estes Court**<br>**Schaumburg IL 60193** | | J | 10/2011<br><br>Collection | | | | 282 |
| ACCOUNT NO. 2009 Lm 287<br><br>**Amy And Linda Karges**<br>**C/o Timothy Kohn**<br>**1301 1/2 Lasalle Street**<br>**Ottawa IL 61360** | | J | 2009<br><br>Civil Judgment | | | | 14999 |

Sheet no. 2 of 49 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 15884

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas & Kavanagh, Isabelle                Case No. _____
                    Debtor                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **102248281** <br><br> **Armor Systems** <br>**1700 Keiffer Drive** <br>**Suite 1** <br>**Zion IL 60099** | | J | **05/2008** <br> **Medical Bills** | | | | **28** |
| ACCOUNT NO. **144943** <br><br> **Aschinberg Pediatrics** <br>**114 Barney Drive** <br>**Joliet IL 60435** | | J | **04/10/12** <br> **Medical Bills** | | | | **201** |
| ACCOUNT NO. **35849448** <br><br> **Asset Acceptance Llc** <br>**P.o. Box 2036** <br>**Warren MI 48030** | | J | **1/2008** <br> **Credit** | | | | **23926** |
| ACCOUNT NO. **Unknown** <br><br> **Assetcare Inc.** <br>**P.o. Box 15379** <br>**Department 17** <br>**Wilmington DE 19850** | | J | **2008** <br> **Medical Bills** | | | | **698** |
| ACCOUNT NO. <br><br> **Associated Radiologist Joliet** <br>**39069 Treasury Center** <br>**Chicago IL 60694** | | J | **Various** <br> **Medical** | | | | **500** |

Sheet no. **3** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **25353**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas & Kavanagh Isabell H.    Case No. _____
_____          _____
                        Debtor                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 20148<br>Associated Radiologist Of Joli<br>6801 West 73rd Street<br>Bedford Park IL 60499 | | W | 12/07/12<br>Medical Bills | | | | 17 |
| ACCOUNT NO. 27705<br>Associated Radiologist Of Joli<br>39069 Treasury Center<br>Chicago IL 60694 | | H | 9/16/12<br>Medical Bills | | | | 165 |
| ACCOUNT NO. 27705<br>Associated Radiologist Of Joli<br>6801 West 73rd Street<br>Bedford Park IL 60499 | | H | 07/31/12<br>Medical Bills | | | | 186 |
| ACCOUNT NO. 20148<br>Associated Radiology Of Joliet<br>6801 West 73rd Street<br>Bedford Park IL 60499 | | H | 02/28/13<br>Medical Bills | | | | 17 |
| ACCOUNT NO. 30300<br>Associated Radiology Of Joliet<br>1870 New Lenox Blvd<br>Joliet IL 60451 | | J | 02/16/13<br>Medical Bills | | | | 41 |

Sheet no. 4 of 49 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ 426

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas **& Kavanagh Isabelle**          Case No. _____
_____                    _____
Debtor                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 27705<br><br>**Associated Radiology Of Joliet**<br>**6801 West 73rd Street**<br>**Bedford Park IL 60499** | | H | 07/31/12<br><br>**Medical Bills** | | | | 186 |
| ACCOUNT NO. 81546769457994<br><br>**At&t**<br>**P.o. Box 8100**<br>**Aurora IL 60607** | | J | Unknown<br><br>Utilities | | | | 2000 |
| ACCOUNT NO. 81552106512277<br><br>**At&t**<br>**P.o. Box 8100**<br>**Aurora IL 60507** | | J | Unknown<br><br>Utilities | | | | 300 |
| ACCOUNT NO. 479245<br><br>**Ati Physical Therapy**<br>**4947 Paysphere Circle**<br>**Chicago IL 60674** | | H | 01/16/2013<br><br>**Medical Bills** | | | | 622 |
| ACCOUNT NO. 232029196134<br><br>**Att Mobility**<br>**P.o. Box 467600**<br>**Atlanta GA 31146** | | J | 8/2012<br><br>Utilities | | | | 2320 |

Sheet no. **5** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 5428

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas & Kavanagh, Isabelle       Case No. _____
_____Debtor_____                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8152905256**<br><br>**Att Uverse**<br>**P.o. Box 5014**<br>**Carol Stream IL 60197** | | J | 3/2013<br><br>Collection | | | | 1200 |
| ACCOUNT NO.<br><br>**Bank Of America**<br>**3451 Harry Truman Blvd**<br>**St. Charles MO 63301** | | J | Unknown<br><br>Collections | | | | 1000 |
| ACCOUNT NO. **12379715**<br><br>**Bay Area Credit Services**<br>**1901 West 10th Street**<br>**Antioch CA 94509** | | J | 8/2012<br><br>Utilities | | | | 2320 |
| ACCOUNT NO.<br><br>**Bjdr Family Medicine**<br>**12533 W. Lakeview Drive**<br>**Orland Park IL 60487** | | J | Unknown<br><br>Medical Collections | | | | 81 |
| ACCOUNT NO. **5178-0590-6030-7536**<br><br>**Capital One**<br>**P.o. Box 71083**<br>**Charlotte NC 28272** | | W | 04/20/12<br><br>Credit | | | | 603 |

Sheet no. **6** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **5204**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas  Kavanagh, Isabelle   Case No. _____
                        Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5178052319534869** <br><br> **Capital One Services 1957 Westmoreland Road Richmond VA 23276** | | J | Unknown <br> Consumer Goods | | | | 1500 |
| ACCOUNT NO. <br><br> **Caseys C/o Trac A Check P.o. Box 2764 Davenport IA 52809** | | J | Unknown <br> Collection Account | | | | 350 |
| ACCOUNT NO. **Caris000a** <br><br> **Certified Services 1733 Washington Street Suite 201 Waukegan IL 60085** | | J | 11/2011 <br> Medical Bills | | | | 117 |
| ACCOUNT NO. <br><br> **Charles Murphy C/o Dalton & Dalton, Pc 6930 West 79th Street Burbank IL 60459** | | J | Unknown <br> Civil Judgment | | | | 3000 |
| ACCOUNT NO. **Unknown** <br><br> **Chase 1111 Polaris Parkway Columbus OH 43240** | | J | 09/3/2012 <br> Collection | | | | 1000 |

Sheet no. **7** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 5967

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.) | $

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas  & Kavanagh Isabelle          Case No. _____
                    Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Chase Manhattan Auto Finance<br>P.o. Box 31167<br>Tampa FL 33631 | | J | Unknown<br>Auto Loan | | | | 5000 |
| ACCOUNT NO. 400451518530007009<br>Chase Manhattan Bank<br>C/o American Coradius Intl.<br>2420 Sweet Home Rd. #150<br>Amherst NY 14228 | | J | Unknown<br>Collection Account | | | | 5000 |
| ACCOUNT NO.<br>Check N Go<br>C/o Goodwin & Bryan Llp<br>P.o. Box 26094<br>Fairview Park OH 44126 | | J | Unknown<br>Collection Account | | | | 1000 |
| ACCOUNT NO.<br>Check Plus Systems<br>P.o. Box 33698<br>San Antonio TX 78265 | | J | Unknown<br>Collection Account | | | | 200 |
| ACCOUNT NO.<br>Checks Unlimited<br>P.o. Box 17400<br>Colorado Springs CO 80935 | | J | Unknown<br>Collection Account | | | | 50 |

Sheet no. 8 of 49 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 11250

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas & Kavanagh Isabelle          Case No. _____
_____                                       (if known)
              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Christopher Ramsey<br>1743 Waters Edge Drive<br>Minooka IL 60447 | | J | Unknown<br>Civil Judgment | | | | 14000 |
| ACCOUNT NO. 109667<br>Churchill Physical Health<br>101 129th Infantry Drive<br>Joliet IL 60435 | | J | 11/30/12<br>Medical Bills | | | | 423 |
| ACCOUNT NO. 5424180515582283<br>Citibank<br>C/o First Collection Bureau<br>P.o. Box 3095<br>Reno NV 89505 | | J | Unknown<br>Collection Account | | | | 10000 |
| ACCOUNT NO. 5424180513961885<br>Citibank<br>C/o Blatt Hasenmiller, Leibske<br>125 S. Wacker Drive<br>Chicago IL 60606 | | J | Unknown<br>Collection Account | | | | 5000 |
| ACCOUNT NO. 5424180515582283<br>Citibank<br>C/o Asset Acceptance<br>P.O. Box 2036<br>Warren MI 48090 | | J | Unknown<br>Collection Account | | | | 17000 |

Sheet no. 9 of 49 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 46423

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas _& Kavanagh Isabelle_          Case No. _____
          **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Unknown**<br>**Citizens Bank**<br>**100a Sockanosett Crossroads**<br>**Cranston RI 02920** | | J | 5/2012<br>Collection | | | | 500 |
| ACCOUNT NO.<br>**Citizens Finance Company**<br>**7911 West 171st Street**<br>**Tinley Park IL 60477** | | J | **Unknown**<br>**Auto Loan** | | | | 8000 |
| ACCOUNT NO.<br>**Citizens First National Bank**<br>**606 South Main Street**<br>**Princeton IL 51356** | | J | **Unknown**<br>**Collection Account** | | | | 1000 |
| ACCOUNT NO. **Unknown**<br>**Clarity Services**<br>**P.o. Box 5717**<br>**Clearwater FL 33758** | | J | 9/2012<br>Collection | | | | 300 |
| ACCOUNT NO. **Unknown**<br>**Collection Company Of America**<br>**700 Longwater Drive**<br>**Norwell MA 02061** | | J | 2010<br>Collection | | | | 100 |

Sheet no. **10** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 9900

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas & Kavanagh Isabelle      Case No. _____
_____
Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 396044 <br><br> Collection Professionals <br> 723 First Street <br> P.o. Box 416 <br> Lasalle IL 61301 | | J | Various Dates <br><br> Medical Bills | | | | 2252 |
| ACCOUNT NO. 396044 <br><br> Collection Professionals <br> 723 First Street <br> Lasalle IL 61301 | | W | 03/16/12 <br><br> Medical Bills | | | | 2199 |
| ACCOUNT NO. 472536 <br><br> Collection Professionals, Inc. <br> 723 First Street <br> Lasalle IL 61301 | | W | 11/27/12 <br><br> Medical Bills | | | | 109 |
| ACCOUNT NO. 1283050127 <br><br> Com Ed <br> 3 Lincoln Center, Attn: Claims <br> Oak Brook IL 60181 | | H | 04/01/2012 <br><br> Utilities | | | | 1800 |
| ACCOUNT NO. 3623122059 <br><br> Com Ed <br> Bill Payment Center <br> Chicago IL 60668 | | J | 2006 <br><br> Utilities | | | | 1456 |

Sheet no. 11 of 49 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 7816

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas & Kavanagh, Isabelle        Case No. _____
          **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1859068082<br><br>Com Ed<br>P.o. Box 6111<br>Carol Stream IL 60197 | | J | Unknown<br><br>Utilities | | | | 1500 |
| ACCOUNT NO. 1859068091<br><br>Com Ed<br>P.o. Box 6111<br>Carol Stream IL 60197 | | J | Unknown<br><br>Utilities | | | | 1200 |
| ACCOUNT NO. 1328168048<br><br>Com Ed<br>P.o. Box 6111<br>Carol Stream IL 60197 | | J | Unknown<br><br>Utilities | | | | 1600 |
| ACCOUNT NO. 1859068108<br><br>Com Ed<br>P.o. Box 6111<br>Carol Stream IL 60197 | | J | 4/10/2011<br><br>Utilities | | | | 3079 |
| ACCOUNT NO. 8798200230119740<br><br>Comcast<br>P.o. Box 3002<br>Southeastern PA 19398 | | J | 2008<br><br>Utilities | | | | 640 |

Sheet no. 12 of 49 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 8019

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas & Kavanagh, Isabelle    Case No. _____
        **Debtor**                                                            **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 87982002330122629 <br> Comcast <br> P.o. Box 3002 <br> Southeastern PA 19398 | | J | 2006 <br> Utilities | | | | 498 |
| ACCOUNT NO. 8152905256 <br> Comcast <br> 1701 Jfk Blvd. <br> Philadelphia PA 19103 | | J | 3/2013 <br> Utilities | | | | 650 |
| ACCOUNT NO. 815-290-5256 <br> Comcast <br> 1500 Mcconnor Pkwy <br> Schaumburg IL 60173 | | W | 02/05/13 <br> Utilities | | | | 700 |
| ACCOUNT NO. 8771200230212785 <br> Comcast <br> 155 Industrial Drive <br> Elmhurst IL 60126 | | W | 03/02/13 <br> Utilities | | | | 677 |
| ACCOUNT NO. <br> Community Orthopedics <br> 1240 Essington Road <br> Suite 200 <br> Joliet IL 60435 | | J | Unknown <br> Medical Collections | | | | 280 |

Sheet no. 13 of 49 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 2805

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas   _Kavanagh Isabelle A_        Case No. _____
_____
        Debtor                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1008** <br><br> **Continental Finance** <br> **P.o Box 8099** <br> **Newark DE 19714** | | J | Unknown <br><br> **Consumer Goods** | | | | 400 |
| ACCOUNT NO. **520605601134** <br><br> **Continental Finance** <br> **P.o. Box 8099** <br> **Newark DE 19714** | | J | **04/2008** <br><br> **Collection** | | | | 489 |
| ACCOUNT NO. **1859068108** <br><br> **Contract Callers, Inc** <br> **P.o Box 212489** <br> **Augusta GA 30917** | | W | **01/08/13** <br><br> **Utilities** | | | | 3203 |
| ACCOUNT NO. **R-42700248** <br><br> **Convergent Outsourcing** <br> **P.o. Box 9004** <br> **Renton WA 98057** | | W | **07/19/12** <br><br> **Utilities** | | | | 3156 |
| ACCOUNT NO. **40970700** <br><br> **Credit Acceptance Corp** <br> **P.o. Box 513** <br> **Southfield MI 48037** | | H | **02/14/12** <br><br> **Credit** | | | | 12000 |

Sheet no. **14** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **19248**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas *Kavanagh, Isabella*    Case No. _____
_____
Debtor                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3693156<br><br>**Credit America**<br>**101 Grovers Mill Road**<br>**Lawrenceville NJ 08648** | | J | 03/19/13<br><br>Merchandise | | | | 120 |
| ACCOUNT NO. Unknown<br><br>**Credit Management Control**<br>**P.o. Box 1408**<br>**Racine WI 53401** | | J | 2009<br><br>Collection | | | | 786 |
| ACCOUNT NO. 4404294<br><br>**Creditors Collection Bureau**<br>**P.o. Box 1022**<br>**Wixom MI 48393** | | W | 11/14/12<br><br>Medical Bills | | | | 55 |
| ACCOUNT NO. 431964<br><br>**Creditors Collection Bureau**<br>**P.o. Box 1022**<br>**Wixom MI 48393** | | W | 03/16/12<br><br>Medical Bills | | | | 150 |
| ACCOUNT NO. 4355183<br><br>**Creditors Collection Bureau**<br>**Po.o. Box 63**<br>**Kankakee IL 60901** | | J | 3/16/12<br><br>Medical Bills | | | | 205 |

Sheet no. 15 of 49 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 1316

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kavanagh, Jr., James Thomas** & Kavanagh, Isabelle    Case No. _____
                Debtor                                                       (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **43555291** <br><br> **Creditors Collection Bureau** <br> **P.o. Box 63** <br> **Kankakee IL 60901** | | W | **9/10/12** <br> **Medical Bills** | | | | **55** |
| ACCOUNT NO. **Unknown** <br><br> **Creditors Discount & Audit** <br> **P.o. Box 213** <br> **Streator IL 61364** | | J | **2008** <br> **Medical Bills** | | | | **376** |
| ACCOUNT NO. **Unknown - Multiple** <br><br> **Creditors Discount & Audit** <br> **P.o. Box 213** <br> **Streator IL 61364** | | J | **Multiple Dates** <br> **Medical Bills** | | | | **1481** |
| ACCOUNT NO. **H05957436354** <br><br> **Creditors Discount And Audit** <br> **415 Main Street** <br> **Streator IL 61364** | | H | **07/05/2012** <br> **Medical Bills** | | | | **71** |
| ACCOUNT NO. **Unknown** <br><br> **Creditors Protection Service** <br> **P.o. Box 4115** <br> **Rockford IL 61110** | | J | **2009** <br> **Medical Bills** | | | | **26** |

Sheet no. **16** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **2009**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas, *Kavanagh, Isabelle*   Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **08 Sc 8485**<br><br>**David B. Taylor**<br>**C/o Michael Naughton**<br>**P.o. Box 10**<br>**Manhattan IL 60442** | | **J** | **2008**<br><br>**Civil Judgment** | | | | **376** |
| ACCOUNT NO. **01113504166**<br><br>**Dennis Brebner & Associates**<br>**860 Northpoint Blvd.**<br>**Waukegan IL 60085** | | **W** | **07/05/2012**<br><br>**Medical Bills** | | | | **146** |
| ACCOUNT NO. **Unknown**<br><br>**Digestive Health Associates**<br>**1100 Houboult Road**<br>**Joliet IL 60431** | | **J** | **2008**<br><br>**Medical Bills** | | | | **26** |
| ACCOUNT NO. **7933942**<br><br>**Direct Tv**<br>**P.o. Box 9001069**<br>**Louisville KY 40290** | | **J** | **2007**<br><br>**Utilities** | | | | **1092** |
| ACCOUNT NO. **8255040140209363**<br><br>**Dish Network**<br>**Department 63**<br>**Palatine IL 60055** | | **J** | **2006**<br><br>**Utilities** | | | | **833** |

Sheet no. **17** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **2473**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas  *Kavanagh, Isabelle*    Case No. _____
                Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **16173468**<br><br>**Diversified Consultants**<br>**600 Coon Rapids Blvd**<br>**Coon Rapids IL 55433** | | W | 12/18/12<br><br>Utilities | | | | 1718 |
| ACCOUNT NO. **995996373**<br><br>**Diversified Consultants**<br>**P.o. Box 551268**<br>**Jacksonville IL 32256** | | J | 06/22/12<br><br>Utilities | | | | 2354 |
| ACCOUNT NO. **Unknown**<br><br>**Duggans Family Martial Arts**<br>**C/o Silverman, Burns, Kasmen**<br>**P.o. Box 974**<br>**Jenkintown PA 19046** | | J | 2009<br><br>Collections | | | | 421 |
| ACCOUNT NO. **Unknown**<br><br>**E Check**<br>**2218 Southern Blvd**<br>**Suite 11**<br>**Rio Rancho NM 87124** | | J | 04/2008<br><br>Collection | | | | 97 |
| ACCOUNT NO. **Unknown**<br><br>**E&r Medicine**<br>**C/o United Recovery Service**<br>**18525 Torrence Ave. #c-6**<br>**Lansing IL 60438** | | J | 2009<br><br>Medical Bills | | | | 125 |

Sheet no. **18** of **49** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ 4715

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kavanagh, Jr., James Thomas** , Kavanagh, Isabelle    Case No. _____
_____Debtor_____                                    _____(if known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **291002047750**<br><br>**Eagan Accounting**<br>**2825 Lone Oak Parkway**<br>**Eagan MI 55121** | | J | **2010**<br><br>**Collections** | | | | **92** |
| ACCOUNT NO. **0033849**<br><br>**Em Strategies**<br>**P.o. Box 1208**<br>**Bedford Park IL 60499** | | H | **12/07/12**<br><br>**Medical Bills** | | | | **45** |
| ACCOUNT NO. **00357511**<br><br>**Em Strategies**<br>**P.o. Box 366**<br>**Hinsdale IL 60522** | | J | **06/23/12**<br><br>**Medical Bills** | | | | **83** |
| ACCOUNT NO. **Unknown**<br><br>**Enhanced Recovery**<br>**8014 Bayberry Road**<br>**Jacksonville FL 32256** | | J | **10/2012**<br><br>**Collection** | | | | **500** |
| ACCOUNT NO. **Unknown**<br><br>**Ent Surgical Associates**<br>**2201 Glenwood Avenue**<br>**Joliet IL 60435** | | J | **2009**<br><br>**Medical Bills** | | | | **102** |

Sheet no. **19** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **822**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas   Kavanagh   Isabelle A.   Case No. _____
_____
    Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Unknown<br><br>**Environmental & Respiratory Md**<br>**10660 W. 143rd Street**<br>**Orland Park IL 60462** | | J | 2009<br><br>**Medical Bills** | | | | 38 |
| ACCOUNT NO. 36568473<br><br>**Escallate, Llc**<br>**5200 Stoneham Road**<br>**Suite 200**<br>**North Canton OH 44720** | | J | 3/2012<br><br>**Medical Bills** | | | | 83 |
| ACCOUNT NO. 319784556<br><br>**Everest Cash Advance**<br>**P.o. Box 7826**<br>**Overland Park KS 66207** | | W | September 25, 2012<br><br>**Payday Loan** | | | | 650 |
| ACCOUNT NO. 486955705608<br><br>**First Premier**<br>**601 South Minnesota Avenue**<br>**Sioux Falls SD 57104** | | J | 07/2006<br><br>**Collection** | | | | 500 |
| ACCOUNT NO. Unknown<br><br>**First Premier Bank**<br>**P.o. Box 5147**<br>**Sioux Falls SD 57117** | | J | 2006<br><br>**Collections** | | | | 500 |

Sheet no. 20 of 49 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 1771

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas , *Kavanagh Isabelle*   Case No. _____
                    Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **21696285** <br><br> **Firstsource** <br> **205 Bryant Woods South** <br> **Amherst NY 14228** | | **W** | **05/21/12** <br><br> **Credit** | | | | **603** |
| ACCOUNT NO. **Unknown** <br><br> **Fisher Mangold Joliet** <br> **C/o Creditwatch** <br> **P.o. Box 156269** <br> **Fort Worth TX 76155** | | **J** | **2007** <br><br> **Medical Bills** | | | | **698** |
| ACCOUNT NO. **Unknown** <br><br> **Fisher Mangold/joliet** <br> **P.o. Box 630707** <br> **Cincinatti OH 45263** | | **J** | **2008** <br><br> **Medical Bills** | | | | **56** |
| ACCOUNT NO. **Unknown - Multiple** <br><br> **Founders Bank** <br> **6825 West 111th Street** <br> **Worth IL 60482** | | **J** | **2006** <br><br> **Collections** | | | | **800** |
| ACCOUNT NO. **12090430** <br><br> **Freedman, Anselmo & Lindberg L** <br> **1807 West Diehl Road** <br> **Suite 333** <br> **Naperville IL 60566** | | **H** | **09/11/12** <br><br> **Credit** | | | | **1686** |

Sheet no. **21** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **3843**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kavanagh, Jr., James Thomas** _Kavanagh, Isabelle A_   Case No. _____
     Debtor                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4156449615** <br><br> **Geico Insurance** <br> **One Geico Plaza** <br> **Bethesda MD 20811** | | J | **2010** <br><br> Collections | | | | 173 |
| ACCOUNT NO. **Unknown** <br><br> **Gemb - Sams Club** <br> **P.o. Box 981127** <br> **El Paso TX 79995** | | J | **2005** <br><br> Collections | | | | 300 |
| ACCOUNT NO. **06 Sc 369** <br><br> **Georgia Receivables** <br> **Louis S. Freedman** <br> **P.o. Box 3228** <br> **Naperville IL 60566** | | J | **2006** <br><br> Civil Judgment | | | | 3176 |
| ACCOUNT NO. **08 Sc 121** <br><br> **Gerry Garay** <br> **1062 Vermillion Street** <br> **Plano IL 60563** | | J | **2008** <br><br> Civil Judgment | | | | 9200 |
| ACCOUNT NO. **Unknown** <br><br> **Gordon & Backhus** <br> **1802 N. Division** <br> **Morris IL 60450** | | J | **2008** <br><br> Collections | | | | 100 |

Sheet no. **22** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **12949**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas ` Kavanagh, Isabelle A,  Case No. _____
          Debtor                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 99247 <br><br> Gregerson Radiology Consultant <br> 0s630 Prestoncircle <br> Geneva IL 60134 | | W | 07/23/12 <br> Medical Bills | | | | 17 |
| ACCOUNT NO. Unknown - Multiple <br><br> H. Craig Fox, Dpm <br> 2201 Ridge Road <br> Minooka IL 60447 | | J | 2009 <br> Medical Bills | | | | 2000 |
| ACCOUNT NO. 19355157 <br><br> Harris & Harris <br> 222 Merchandise Mart Plaza <br> Suite 1900 <br> Chicago IL 60654 | | J | 9/17/12 <br> Utilities | | | | 1930 |
| ACCOUNT NO. Unknown <br><br> Harris Bank <br> Jay K. Levy & Associates <br> 155 Revere Drive, Suite 2 <br> Northbrook IL 60062 | | J | 2010 <br> Collections | | | | 877 |
| ACCOUNT NO. 466215663 <br><br> Harvard Collection <br> 4839 North Elston <br> Chicago IL 60630 | | H | 11/27/12 <br> Utilities | | | | 946 |

Sheet no. 23 of 49 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 5770

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kavanagh, Jr., James Thomas** _Kavanagh Isabelle_ Case No. _____
         **Debtor**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **14580873** <br><br> **Harvard Collection Services** <br> **4839 N. Elston Avenue** <br> **Chicago IL 60630** | | H | 08/28/2012 <br><br> Utilities | | | | 946 |
| ACCOUNT NO. **Unknown - Multiple** <br><br> **Healthcare Morris Hospital** <br> **201 S. Wabena Avenue** <br> **Suite C** <br> **Minooka IL 60447** | | J | 2008 <br><br> Medical Bills | | | | 96 |
| ACCOUNT NO. **Unknown** <br><br> **Heart Care Centers Of Illinois** <br> **P.o. Box 766** <br> **Bedford Park IL 60499** | | J | 2011 <br><br> Medical Bills | | | | 93 |
| ACCOUNT NO. **187371** <br><br> **Heart Care Centers Of Illinois** <br> **P.o. Box 766** <br> **Bedford Park IL 60499** | | H | 10/03/12 <br><br> Medical Bills | | | | 366 |
| ACCOUNT NO. **325740** <br><br> **Heart Care Centers Of Illinois** <br> **P.o. Box 1180** <br> **Sharpsburg GA 30277** | | J | 08/03/2012 <br><br> Medical Bills | | | | 111 |

Sheet no. **24** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 1612

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas    Kavanagh Isabelle    Case No. _____
　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5501011083<br><br>**Heartland Bank**<br>**401 N.. Hershey Road**<br>**Bloomington IL 61704** | | J | 09/2012<br><br>Collection | | | | 255 |
| ACCOUNT NO. 0035529304<br><br>**Highlights For Children**<br>**P.o. Box 6037**<br>**Harlan IA 51593** | | W | 02/21/13<br><br>Merchandise | | | | 24 |
| ACCOUNT NO. 0035529304<br><br>**Highlights For Children**<br>**P.o. Box 6037**<br>**Harlan IA 51593** | | W | 02/21/13<br><br>Merchandise | | | | 24 |
| ACCOUNT NO. Hoa 309041<br><br>**Hinsdale Orthopedics**<br>**P.o. Box 914**<br>**Lagrange IL 60525** | | J | 10/16/12<br><br>Medical Bills | | | | 32 |
| ACCOUNT NO. Hoa307614<br><br>**Hinsdale Orthopedics**<br>**P.o. Box 914**<br>**Lagrange IL 60525** | | H | 09/21/12<br><br>Medical Bills | | | | 99 |

Sheet no. 25 of 49 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 434

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas _Kavanagh, Isabelle_    Case No. _____
_____Debtor_____                                      _____(if known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Unknown - Multiple**<br><br>**Homer Glen Pediatrics**<br>**12701 West 143rd Street**<br>**Lockport IL 60441** | | J | **2006**<br>**Medical Bills** | | | | 355 |
| ACCOUNT NO. **Unknown - Multiple**<br><br>**Hr Imaging Partners**<br>**P.o. Box 916**<br>**Ottawa IL 61350** | | J | **2010**<br>**Collections** | | | | 68 |
| ACCOUNT NO. **Unknown**<br><br>**Ic Systems**<br>**P.o. Box 64378**<br>**St. Paul MN 55184** | | J | **2009**<br>**Medical Bills** | | | | 100 |
| ACCOUNT NO. **14598620**<br><br>**Illinois Collection Service**<br>**P.O. Box 1010**<br>**Tinley Park IL 60477** | | H | **12/04/12**<br>**Collections** | | | | 366 |
| ACCOUNT NO. **Numerous**<br><br>**Illinois Collection Service**<br>**P.o. Box 646**<br>**Oak Lawn IL 60454** | | J | **Numerous**<br>**Medical Bills** | | | | 2000 |

Sheet no. **26** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 2889

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas   *Kavanagh, Isabelle*          Case No. _____
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 319784556<br><br>**Illinois Department Of Employm**<br>**Benefit Repayments**<br>P.o. Box 6996<br>Chicago IL 60680 | | W | 2009<br><br>Collection | | | | 4087 |
| ACCOUNT NO. 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<br><br>**Illinois Department Of Employm**<br>**Benefit Repayment**<br>P.o. Box 19286<br>Springfield IL 62794 | | J | 2007<br><br>Overpayment Of Benefits | | | | 4087 |
| ACCOUNT NO. Vn130598825<br><br>**Illinois Tollway**<br>Po Box 5201<br>Lisle IL 60532 | | W | 03/19/13<br><br>Other | | | | 64 |
| ACCOUNT NO. Vn130530031<br><br>**Illinois Tollway**<br>P.o. Box 5021<br>Lisle IL 60532 | | W | 03/11/2013<br><br>Collection | | | | 65 |
| ACCOUNT NO. None<br><br>**James Allen**<br>**1420 Kettleson Drive**<br>Minooka IL 60447 | | J | 04/01/2012<br><br>Judgment | | | | 12000 |

Sheet no. _27_ of _49_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 20303

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas   Kavanagh  Isabelle   Case No. _____
                    Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Unknown**<br><br>**James Morrone, Dds**<br>**120 Oak Brook Center**<br>**Suite 700**<br>**Oak Brook IL 60523** | | J | **2007**<br><br>**Medical Bills** | | | | **1231** |
| ACCOUNT NO. **99247**<br><br>**Jnr Adjustment**<br>**P.o. Box 27070**<br>**Minneapolis MN 55247** | | J | **7/2012**<br><br>**Medical Bills** | | | | **17** |
| ACCOUNT NO. **4521516830**<br><br>**John Lee Jackson**<br>**1445 Langham Creek Drive**<br>**Houston TX 77084** | | W | **02/01/13**<br><br>**Credit** | | | | **1812** |
| ACCOUNT NO. **Unknown**<br><br>**Joliet Junior College**<br>**1215 Houbolt Road**<br>**Joliet IL 60431** | | J | **2010**<br><br>**Collections** | | | | **1000** |
| ACCOUNT NO. **Unknown**<br><br>**Joliet Radiation Oncology**<br>**P.o. Box 379**<br>**Orland Park IL 60462** | | J | **2008**<br><br>**Medical Bills** | | | | **838** |

Sheet no. **28** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 4898

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas   Kavanagh Isabelle   Case No. _____
            Debtor                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 212007<br><br>**Joliet Radiation Oncology**<br>**P.o. Box 379**<br>**Orland Park IL 60462** | | J | 5/2008<br><br>**Medical Bills** | | | | 838 |
| ACCOUNT NO. 17098071<br><br>**Leading Edge Recovery Solution**<br>**P.o. Box 129**<br>**Linden MI 48451** | | J | 6/1/2011<br><br>**Credit** | | | | 1686 |
| ACCOUNT NO. 17225061<br><br>**Leading Edge Recovery Solution**<br>**P.o. Box 129**<br>**Linden MI 48451** | | W | Unknown<br><br>**Credit** | | | | 1812 |
| ACCOUNT NO.<br><br>**Lee Ann Sierecki**<br>**246 Prairie Ridge Drive**<br>**Minooka IL 60447** | | J | 4/1/13<br><br>**Rent** | | | | 6900 |
| ACCOUNT NO. Unknown<br><br>**Livermore Billing Center**<br>**7535 Southfront Road**<br>**Building B**<br>**Livermore CA 94550** | | J | 2009<br><br>**Collections** | | | | 100 |

Sheet no. 29 of 49 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 11336

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas   Kavanagh, Isabelle          Case No. _____
            Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4128-0026-5089-1299**<br><br>**Lvnv Funding**<br>**C/o Van Ru Collections**<br>**P.o. Box 208**<br>**Park Ridge IL 60068** | | J | **2006**<br><br>Collections | | | | 1512 |
| ACCOUNT NO. **Unknown - Multiple**<br><br>**Market Day**<br>**C/o Quick Recovery**<br>**P.o. Box 7003**<br>**Americus GA 31709** | | J | **2009**<br><br>Collections | | | | 331 |
| ACCOUNT NO. **3ho45696**<br><br>**Mci**<br>**P.o. Box 9644**<br>**Mission Hills CA 91346** | | J | **2008**<br><br>Utilities | | | | 457 |
| ACCOUNT NO. **3h045696**<br><br>**Mci**<br>**P.o. Box 9644**<br>**Mission Hills CA 91346** | | J | **3/2008**<br><br>Utilities | | | | 595 |
| ACCOUNT NO. **Unknown**<br><br>**Med Bush**<br>**1460 Renessaince Drive**<br>**Park Ridge IL 60068** | | J | **2008**<br><br>Medical Bills | | | | 100 |

Sheet no. **30** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 2995

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kavanagh, Jr., James Thomas**    Kavanagh, Isabelle    Case No. _____
_____
Debtor                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **K000121131**<br><br>**Medical Business Bureau<br>P.o. Box 1219<br>Park Ridge IL 60068** | J | | 09/11/12<br><br>Medical Bills | | | | 83 |
| ACCOUNT NO. 8549565<br><br>**Medical Recovery Specialists<br>2250 East Devon Avenue<br>Des Plaines IL 60018** | H | | 11/02/11<br><br>Medical Bills | | | | 55 |
| ACCOUNT NO. F032034191<br><br>**Medical Recovery Specialists<br>2250 East Devon Avenue<br>Suite 352<br>Des Plaines IL 60018** | J | | 3/19/12<br><br>Medical Bills | | | | 55 |
| ACCOUNT NO. Unknown<br><br>**Member Soluctions<br>C/o Credit Counsel<br>1400 Ne Miami Gardens Drive<br>Miami FL 33179** | J | | 2009<br><br>Collectoins | | | | 800 |
| ACCOUNT NO. 09sc946<br><br>**Michael Rp. Maughton<br>P.o. Box 10<br>Manhattan IL 60442** | J | | 2009<br><br>Civil Judgment | | | | 1566 |

Sheet no. **31** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 2559

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kavanagh, Jr., James Thomas** Kavanagh Isabelle     Case No. _____
        Debtor                                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Unknown - Multiple** <br><br> **Michaels** <br> **C/o United Compucred** <br> **P.o. Box 111000** <br> **Cincinnati OH 45211** | | J | 2010 <br><br> Collections | | | | 1817 |
| ACCOUNT NO. **351928** <br><br> **Midstate Collection Solutions** <br> **860 Northpoint Blvd.** <br> **Waukegan IL 60085** | | J | 6/4/2012 <br><br> **Medical Bills** | | | | 146 |
| ACCOUNT NO. **Unknown** <br><br> **Millenium Credit** <br> **149 East Thompson Avenue** <br> **West St. Paul MN 64693** | | J | 2007 <br><br> Collections | | | | 200 |
| ACCOUNT NO. **Unknown** <br><br> **Minooka Pharmacy** <br> **P.o. Box 150** <br> **Minooka IL 60447** | | J | 2009 <br><br> Collections | | | | 117 |
| ACCOUNT NO. **Unknown** <br><br> **Minooka Tobacco** <br> **C/o Global Telecomm** <br> **P.o. Box 6867** <br> **Destin FL 32550** | | J | 2010 <br><br> Collections | | | | 79 |

Sheet no. **32** of **49** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 2359

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas   Kavanagh Isabelle   Case No. _____
_____
        Debtor                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4300** <br><br> **Minor Chiropractic Health Cent 25520 South Pheasant Lane Unit G Channahon, IL 60410** | | W | 3/7/2012 <br><br> **Medical** | | | | 109 |
| ACCOUNT NO. **Unknown** <br><br> **Miramed Revenue Group Department 77304 P.o. Box 77000 Detroit MI 48277** | | J | 2009 <br><br> **Medical Bills** | | | | 9435 |
| ACCOUNT NO. **Unknown** <br><br> **Money & More C/o Collections Professional 2101 Bob Hope Dr. #e5-302 Rancho Mirage CA 92270** | | J | 2008 <br><br> **Collections** | | | | 315 |
| ACCOUNT NO. **Unknown** <br><br> **Morris Hospital 150 West High Street Morris IL 60450** | | J | 2010 <br><br> **Medical Bills** | | | | 10299 |
| ACCOUNT NO. **Unknown** <br><br> **Morris Hospital 150 West High Street Morris IL 60450** | | J | 2009 <br><br> **Medical Bills** | | | | 9435 |

Sheet no. **33** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 29593

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kavanagh, Jr., James Thomas**   *Kavanagh Isabelle A.*   Case No. _____
_____
        **Debtor**                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Unknown** <br><br> **Morris Hospital** <br> **150 West High Street** <br> **Morris IL 60450** | | J | **2008** <br><br> **Medical Bills** | | | | **315** |
| ACCOUNT NO. **Dd0011411405** <br><br> **Morris Hospital** <br> **150 West High Street** <br> **Morris IL 60450** | | J | **12/28/12** <br><br> **Medical Bills** | | | | **19** |
| ACCOUNT NO. **Dd0011411407** <br><br> **Morris Hospital** <br> **150 West High Street** <br> **Morris IL 60450** | | J | **12/28/12** <br><br> **Medical Bills** | | | | **47** |
| ACCOUNT NO. **Unknown** <br><br> **Morrone Oral Surgeons** <br> **120 Oak Brook Center** <br> **Suite 700** <br> **Oak Brook IL 60523** | | J | **2007** <br><br> **Medical Bills** | | | | **1500** |
| ACCOUNT NO. **Lu1 1179429 680515** <br><br> **Mrs Associates** <br> **1930 Olney Avenue** <br> **Cherry Hill NJ 08003** | | W | **02/04/13** <br><br> **Credit** | | | | **603** |

Sheet no. **34** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **2484**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas   Kavanagh Isabelle   Case No. _____
    _____            _____
            Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3693156  <br>Music And Arts <br>4626 Wedgewood Blvd. <br>Frederick MD 21703 | | W | 02/01/13 <br>Merchandise | | | | 300 |
| ACCOUNT NO. Unknown <br>Nbk Encyclopedia <br>2931 E. Mccarty Street <br>Jefferson City MO 65101 | | J | 2008 <br>Collections | | | | 1000 |
| ACCOUNT NO. Unknown <br>Nco Financial Systems <br>507 Prudential Road <br>Horsham PA 19044 | | J | 2009 <br>Medical Bills | | | | 79 |
| ACCOUNT NO. 867776097944 <br>Netzero <br>C/o United On Line Collections <br>P.o. Box 5006-bd <br>Woodland Hills CA 91365 | | J | 2010 <br>Collections | | | | 30 |
| ACCOUNT NO. 44-63-30-3782 3 <br>Nicor <br>P.o. Box 5407 <br>Carol Stream IL 60107 | | H | 04/01/12 <br>Utilities | | | | 563 |

Sheet no. 35 of 49 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 1972

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas    *Kavanagh Isabelle*    Case No. _____
          Debtor                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **71-31-56-6513 4**<br><br>**Nicor Gas**<br>**P.o. Box 416**<br>**Aurora IL 60568** | | J | **2010**<br><br>**Utilities** | | | | **781** |
| ACCOUNT NO. **4560909798**<br><br>**Nicor Gas**<br>**P.o. Box 15630**<br>**Department 99**<br>**Wilmington DE 19850** | | J | **2011**<br><br>**Utilities** | | | | **1361** |
| ACCOUNT NO. **41845468689**<br><br>**Nicor Gas**<br>**P.o. Box 0632**<br>**Aurora IL 60507** | | J | **4/10/2011**<br><br>**Utilities** | | | | **1931** |
| ACCOUNT NO. **44633037823**<br><br>**Nicor Gas**<br>**P.o. Box 0632**<br>**Aurora IL 60507** | | J | **4/1/12**<br><br>**Utilities** | | | | **228** |
| ACCOUNT NO. **Unknown**<br><br>**Nicor Gas**<br>**1844 West Ferry Road**<br>**Naperville IL 60563** | | J | **7/2012**<br><br>**Utilities** | | | | **2000** |

Sheet no. **36** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ **6301**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas  *Kavanagh Isabelle*        Case No. _____
                    Debtor                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **41845468689**<br><br>**Nicor Solutions**<br>**P.o. Box 3042**<br>**Naperville IL 60566** | | J | **2006**<br><br>**Utilities** | | | | **1043** |
| ACCOUNT NO. **3236405602**<br><br>**Northwest Collectors**<br>**3601 Algonquin Road**<br>**Suite 232**<br>**Rolling Meadows IL 60008** | | J | **08/2011**<br><br>**Medical Bills** | | | | **205** |
| ACCOUNT NO. **Unknown**<br><br>**Oreck Financial Services**<br>**C/o Alpat Company**<br>**P.o. Box 1689**<br>**Slidell LA 70459** | | J | **2008**<br><br>**Collections** | | | | **398** |
| ACCOUNT NO. **1932371**<br><br>**Oreck Financial Services**<br>**P.o. Box 1689**<br>**Slidell LA 70459** | | J | **2/2009**<br><br>**Collection** | | | | **398** |
| ACCOUNT NO. **Unknown**<br><br>**Osi Collection**<br>**1375 East Woodfield Drive**<br>**Schaumburg IL 60173** | | J | **2008**<br><br>**Medical Bills** | | | | **200** |

Sheet no. **37** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **2244**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kavanagh, Jr., James Thomas**   *Kavanagh Isabelle*   Case No. _____
_____
                              **Debtor**                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Unknown** <br><br> **Palos Community Hospital** <br> **12251 South 80th Avenue** <br> **Palos Heights IL 60463** | | J | **2006** <br> **Medical Bills** | | | | 65 |
| ACCOUNT NO. **Unknown** <br><br> **Palos Community Hospital** <br> **C/o Nationwide Credit** <br> **9919 Roosevelt Road** <br> **Westchester IL 60154** | | J | **2006** <br> **Medical Bills** | | | | 65 |
| ACCOUNT NO. **Unknown** <br><br> **Pathology And Laboratory Consu** <br> **6965 Reliable Parkway** <br> **Chicago IL 60686** | | J | **2006** <br> **Medical Bills** | | | | 10 |
| ACCOUNT NO. **Unknown** <br><br> **Payliance** <br> **3 Easton Oval** <br> **Suite 210** <br> **Columbus OH 43219** | | J | **03/2008** <br> **Collection** | | | | 500 |
| ACCOUNT NO. **Unknown** <br><br> **Physicians Credit Bureau** <br> **3592 Corporate Drive** <br> **Columbus OH 43231** | | J | **2008** <br> **Medical Bills** | | | | 200 |

Sheet no. **38** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **840**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas    *Kavanagh  Isabelle*    Case No. _____
_____                       _____
                Debtor                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Unknown** <br><br> **Physicians Immediate Care P.o. Box 544 Department 5390 Milwaukee WI 53201** | | J | 2009 <br><br> Medical Bills | | | | 13 |
| ACCOUNT NO. **2009cm0000396d** <br><br> **Pioneer Credit Recovery P.o. Box 3116 Lake City FL 32056** | | W | 08/27/2012 <br><br> Credit | | | | 71 |
| ACCOUNT NO. **52842** <br><br> **Prairie Rheumatology Associate 10660 W. 143rd Street Suite B Orland Park IL 60462** | | W | 02/05/13 <br><br> Medical Bills | | | | 161 |
| ACCOUNT NO. **4869557056086821** <br><br> **Premier Bankcard Accounts Receivable Management P.o. Box 129 Thorofare NJ 08086** | | J | 2008 <br><br> Collection | | | | 430 |
| ACCOUNT NO. **Unknown** <br><br> **Progressive 6300 Wilson Mills Blvd. Cleveland OH 44143** | | J | 1/2013 <br><br> Collection | | | | 300 |

Sheet no. **39** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 975

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas    Kavanagh  Isabelle    Case No. _____
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Dc0027836179<br><br>**Provena St. Joseph<br>1643 Lewis Avenue<br>Billings MT 59102** | | J | 04/23/12<br>**Medical Bills** | | | | 55 |
| ACCOUNT NO. Dc0027882729<br><br>**Provena St. Joseph<br>1643 Lewis Avenuie<br>Suite 203<br>Billings MT 59102** | | J | 6/21/2012<br>**Medical Bills** | | | | 1000 |
| ACCOUNT NO. Dc0027806772<br><br>**Provena St. Joseph<br>P.o Box 88097<br>Chicago IL 60680** | | W | 03/16/12<br>**Medical Bills** | | | | 150 |
| ACCOUNT NO. 52842<br><br>**Pulmonary And Critical Care<br>10660 W. 143rd Street<br>Orland Park IL 60462** | | W | 11/30/12<br>**Medical Bills** | | | | 229 |
| ACCOUNT NO. 52842<br><br>**Pulmonary And Critical Care Co<br>10660 West 143rd Street<br>Suite B<br>Orland Park IL 60462** | | J | Various Dates<br>**Medical Bills** | | | | 176 |

Sheet no. **40** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 1610

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas    Kavanagh Isabelle    Case No. _____
                    **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7731012200 <br><br> **Quest Diagnostics** <br> P.o. Box 809403 <br> Chicago IL 60680 | | H | 02/04/12 <br><br> Medical Bills | | | | 18 |
| ACCOUNT NO. <br><br> **Resurgence Financial** <br> C/o Blatt, Hasenmiller Leibske <br> P.o. Box 5463 <br> Chicago IL 60680 | | J | 2008 <br><br> Civil Judgment | | | | 1965 |
| ACCOUNT NO. **Unknown** <br><br> **Richard Geiger, M.d.** <br> 10743 West 165th Street <br> Orland Park IL 60467 | | J | 2007 <br><br> Medical Bills | | | | 69 |
| ACCOUNT NO. 291r00205 <br><br> **Rjm Acquisitions** <br> 575 Underbill Blvd. <br> Sutie 224 <br> Syosset NY 11791 | | J | 12/2011 <br><br> Collection | | | | 132 |
| ACCOUNT NO. **Unknown** <br><br> **Ryan Vonholten, Do** <br> 25520 South Pheasant Lane <br> Channahon, IL 60410 | | J | 2009 <br><br> Medical Bills | | | | 28 |

Sheet no. 41 of 49 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ 2212

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas   Kavanagh  Isabelle   Case No. _____
         Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Unknown**<br><br>**Scholastic<br>P.o. Box 6023<br>Jefferson City MO 65102** | | J | **2009**<br><br>**Collection** | | | | **80** |
| ACCOUNT NO.<br><br>**Shafer & Associates<br>101 S. 5th Avenue<br>Suite 100<br>Columbia MO 65201** | | J | **2009**<br><br>**Collection** | | | | **324** |
| ACCOUNT NO. **Unknown**<br><br>**Sherwin Ritz, Md<br>35 East Willow Street<br>Coal City IL 60146** | | J | **2010**<br><br>**Medical Bills** | | | | **224** |
| ACCOUNT NO. **Unknown**<br><br>**Silver Cross Hospital<br>P.o. Box 100<br>Joliet IL 60434** | | J | **2010**<br><br>**Medical Bills** | | | | **3546** |
| ACCOUNT NO. **F032636839**<br><br>**Silver Cross Hospital<br>P.o. Box 739<br>Moline IL 61266** | | J | **10/2002**<br><br>**Medical Bills** | | | | **1000** |

Sheet no. **42** of **49** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **5174**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas    *Kavangh Isabella*    Case No. _____
                 Debtor                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00147080 <br><br> **Southwest Infectious Disease** <br> **1051 Essington Road** <br> **Joliet IL 60435** | | W | 12/9/12 <br><br> **Medical Bills** | | | | 45 |
| ACCOUNT NO. 00147080 <br><br> **Southwest Infectious Disease** <br> **1051 Essington Blvd.** <br> **Joliet IL 60435** | | W | 12/09/12 <br><br> **Medical Bills** | | | | 45 |
| ACCOUNT NO. Unknown <br><br> **Spectrum Eye Institute** <br> **1051 Essington Road, #200** <br> **Joliet IL 60435** | | J | 2010 <br><br> **Medical Bills** | | | | 310 |
| ACCOUNT NO. 7234921 <br><br> **Stellar Recovery** <br> **1327 Highway 2** <br> **Suite 100** <br> **Kalispell MT 59901** | | J | 11/2012 <br><br> **Collection** | | | | 1463 |
| ACCOUNT NO. Unknown <br><br> **Summit Center For Mental Healt** <br> **3033 West Jefferson Street** <br> **Joliet IL 60435** | | J | 2010 <br><br> **Medical Bills** | | | | 899 |

Sheet no. **43** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 2762

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas  Kavanagh Isabelle   Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Unknown**<br><br>**Supervalu**<br>**C/o Certegy Payment Recovery S**<br>**P.o. Box 038997**<br>**Tuscaloosa AL 35403** | | J | **2010**<br><br>**Collection** | | | | 125 |
| ACCOUNT NO.<br><br>**Tezak Funeral Home**<br>**C/o Steven Plato Troy**<br>**116 N. Chicago Street**<br>**Joliet IL 60432** | | W | **1/16/12**<br><br>**Credit Judgment** | | | | 9367 |
| ACCOUNT NO. **1201015**<br><br>**Tezak Funeral Home**<br>**1211 Plainfield Road**<br>**Joliet IL 60435** | | W | **01/16/12**<br><br>**Merchandise** | | | | 7937 |
| ACCOUNT NO. **710250**<br><br>**The Private Bank**<br>**70 West Madison, Suite 200**<br>**Chicago IL 60602** | | W | **5/8/12**<br><br>**Credit** | | | | 270 |
| ACCOUNT NO. **518222629**<br><br>**Tmobile Wireless**<br>**C/o Mitchell Kay, P.c.**<br>**P.o. Box 2374**<br>**Chicago IL 60690** | | J | **2010**<br><br>**Collection** | | | | 1830 |

Sheet no. **44** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 19529

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas   Kavanagh  Isabelle   Case No. _____
_____
          Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Unknown**<br><br>**Tmobile Wireless**<br>**12920 Se 38th Street**<br>**Bellevue WA 98006** | | J | **5/2012**<br><br>Collection | | | | **1800** |
| ACCOUNT NO. **420440**<br><br>**Torres Credit Services**<br>**27 Fairview Street**<br>**Carlisle PA 17015** | | H | **09/02/2011**<br><br>Utilities | | | | **1576** |
| ACCOUNT NO. **3811e-5501011083**<br><br>**Transworld Systems**<br>**507 Prudential Road**<br>**Horsham PA 19044** | | W | **03/28/13**<br><br>Credit | | | | **500** |
| ACCOUNT NO. **9082-u000479245**<br><br>**Transworld Systems**<br>**507 Prudential Road**<br>**Horsham PA 19044** | | H | **10/01/12**<br><br>Medical Bills | | | | **622** |
| ACCOUNT NO. **00000000296312b27**<br><br>**Transworld Systems**<br>**2235 Mercury Way**<br>**Santa Rosa CA 95407** | | J | **07/23/12**<br><br>Medical Bills | | | | **69** |

Sheet no. **45** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **4567**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kavanagh, Jr., James Thomas**   *Kavanagh  Isabelle*   Case No. _____
Debtor                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **296312b27951** <br><br>**Transworld Systems** <br>**2235 Mercury Way** <br>**Suite 275** <br>**Santa Rosa CA 95407** | | J | 3/2012 <br><br>Medical Bills | | | | 70 |
| ACCOUNT NO. **Kavis1** <br><br>**United Auto Insurance** <br>**3201 North Harlem Avenue** <br>**Chicago IL 60634** | | W | 07/05/12 <br><br>Collections | | | | 200 |
| ACCOUNT NO. **Unknown** <br><br>**United Compurced** <br>**4190 Harrison Avenue** <br>**Cincinnatti OH 45211** | | J | 12/2007 <br><br>Collection | | | | 1500 |
| ACCOUNT NO. **500356345** <br><br>**United Recovery Service** <br>**18525 Torrence** <br>**Suite C-6** <br>**Lansing IL 60438** | | W | 12/20/12 <br><br>Medical Bills | | | | 229 |
| ACCOUNT NO. **01120086509** <br><br>**Universal Fidelity** <br>**P.o. Box 219785** <br>**Houston TX 77218** | | J | 1/2012 <br><br>Credit | | | | 1813 |

Sheet no. **46** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 3812

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kavanagh, Jr., James Thomas**  *Kavanagh Isabella* Case No. _____
          Debtor                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **727111264**<br><br>**Us Cellular**<br>**Department 0203**<br>**Palatine IL 60055** | | W | 07/12/12<br><br>Utilities | | | | **2000** |
| ACCOUNT NO. **Unknown**<br><br>**Us Cellular**<br>**Department 0203**<br>**Palatine IL 60055** | | J | 4/2012<br><br>Collection | | | | **2000** |
| ACCOUNT NO. **Unknown**<br><br>**Verizon Wireless**<br>**C/o Cbe Group**<br>**P.o. Box 2038**<br>**Waterloo IA 50704** | | J | 2010<br><br>Collection | | | | **2612** |
| ACCOUNT NO. **680611**<br><br>**Vesta Payments And Collections**<br>**P.o. Box 23874**<br>**Portland OR 97281** | | W | 02/15/13<br><br>Credit | | | | **83** |
| ACCOUNT NO. **692618**<br><br>**Vesta Payments And Collections**<br>**P.o. Box 23874**<br>**Portland OR 97281** | | W | 02/15/13<br><br>Collections | | | | **52** |

Sheet no. **47** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **6747**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Kavanagh, Jr., James Thomas    *Kavanagh  Isabelle*    Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **011500012806**<br><br>**Village Of Minooka**<br>**121 East Mcevilly**<br>**Minooka IL 60447** | | W | 4/1/2012<br><br>Utilities | | | | 540 |
| ACCOUNT NO. **012000013706**<br><br>**Village Of Minooka**<br>**121 East Mcevilly**<br>**Minooka IL 60447** | | J | 2009<br><br>Utilities | | | | 375 |
| ACCOUNT NO. **Unknown**<br><br>**Village Of Worth**<br>**Municipal Collection Service**<br>**P.o. Box 666**<br>**Lansing IL 60438** | | J | 2010<br><br>Collection | | | | 500 |
| ACCOUNT NO. **486933**<br><br>**Vision Financial Services**<br>**P.o. Box 1748**<br>**Laporte IN 46352** | | J | 01/15/13<br><br>Medical Bills | | | | 55 |
| ACCOUNT NO. **Unknown**<br><br>**Walgreens**<br>**C/o Cps Security**<br>**P.o. Box 782408**<br>**San Antonio TX 78278** | | J | 2009<br><br>Collection | | | | 421 |

Sheet no. **48** of **49** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **1891**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kavanagh, Jr., James Thomas**   Kavanagh  Isabelle A   Case No. _____
_____Debtor_____                              _____(if known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **645906965** <br><br>**West Asset Management** <br>**P.o. Box 790113** <br>**St. Louis MO 63179** | | J | 10/13/2011 <br><br> Utilities | | | | 1887 |
| ACCOUNT NO. **002940140-00** <br><br>**Whitehall Cash Advance** <br>**P.o. Box 330** <br>**Hays MT 59527** | | W | 9/24/12 <br><br> Payday Loan | | | | 400 |
| ACCOUNT NO. **Unknown** <br><br>**Woodforest** <br>**C/o Mirand Response Systems** <br>**P.o. Box 219050** <br>**Houston TX 77218** | | J | 2010 <br><br> Collection | | | | 1193 |
| ACCOUNT NO. <br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | |

Sheet no. **49** of **49** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal▶ | $ 3480 |
| Total▶ <br>(Use only on last page of the completed Schedule F.) <br>(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ 345689 |

B6G (Official Form 6G) (12/07)

In re Kavanagh, Jr., James Thomas      Kavanagh Isabelle A      Case No._____
_____
Debtor                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

B6J (Official Form 6J) (12/07)

In re Kavanagh, Jr., James Thomas *Kavanagh Isabelle*   Case No. _____
        **Debtor**                                            (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1300 |
|    a. Are real estate taxes included?   Yes ☐  No ☑ | | |
|    b. Is property insurance included?   Yes ☐  No ☑ | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 275 |
|           b. Water and sewer | $ | 112 |
|           c. Telephone | $ | 200 |
|           d. Other **Cable** | $ | 120 |
| 3. Home maintenance (repairs and upkeep) | $ | 35 |
| 4. Food | $ | 620 |
| 5. Clothing | $ | 75 |
| 6. Laundry and dry cleaning | $ | 40 |
| 7. Medical and dental expenses | $ | 275 |
| 8. Transportation (not including car payments) | $ | 300 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50 |
| 10. Charitable contributions | $ | 40 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 20 |
|    b. Life | $ | 20 |
|    c. Health | $ | 0 |
|    d. Auto | $ | 250 |
|    e. Other | $ | 0 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 513 |
|    b. Other _____ | $ | 0 |
|    c. Other _____ | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | 0 |
| 15. Payments for support of additional dependents not living at your home | $ | 0 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0 |
| 17. Other **HealthSavings,** | $ | 225 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4470 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
|    a. Average monthly income from Line 15 of Schedule I | $ | 4342 |
|    b. Average monthly expenses from Line 18 above | $ | 4470 |
|    c. Monthly net income (a. minus b.) | $ | -128 |

Official Form 6 - Declaration (10/06)

In re _Kavanagh James & Kavanagh Isabelle_   Case No. _____
          **Debtor**                                        **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _63_ sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _4 -26 -13_               Signature: _James T. Kavanagh Jr._
                                           **Debtor**

Date _4 -26 -13_               Signature: _Isabelle Kavanagh_
                                        **(Joint Debtor, if any)**

                                        [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any,     Social Security No.
of Bankruptcy Petition Preparer          *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____   _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                  Signature: _____

                          _____
                          [Print or type name of individual signing on behalf of debtor.]

       *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

### NORTHERN _____ DISTRICT OF __ILLINOIS__ _____

In re: __Kavanagh, Jr., James Thomas__ *Kavanagh (Isabelle*   Case No. _____
     Debtor                                      (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

1. **Income from employment or operation of business**

None
☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | | SOURCE |
|---|---|---|---|
| **Yr 2013** | 10000 | 10500 | **Employment** |
| **Yr 2012** | 23000 | 23000 | **Employment** |
| **Yr 2011** | 25000 | 0 | **Employment** |

B 7 (04/13)                                                                                                    2

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|--------|---|--------|
| 0 | 0 | |
| 0 | 0 | |
| 0 | 0 | |

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

None
☑

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|------------------------------|------------------------------|-----------------------------------|--------------------|

---

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 7 (04/13)                                                                                                                    3

None
☑         c. *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case
          to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
          include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
          a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☑         a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
          preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
          information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
          and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
☑         b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
          year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
          must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
          the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None
         List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
          of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
          (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
          spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

B 7 (04/13)                                                                                                    4

### 6. Assignments and receiverships

None


a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None


b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

### 7. Gifts

None


List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None


List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B 7 (04/13)                                                                                           5

**9.   Payments related to debt counseling or bankruptcy**

None
☑   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy
within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**10.   Other transfers**

None
☑   a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of
the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of
this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
☑   b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.   Closed financial accounts**

None
☑   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were
closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include
checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts
held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

B 7 (04/13)                                                                                    6

### 12. Safe deposit boxes

None


List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

### 13. Setoffs

None


List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

### 14. Property held for another person

None


List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

### 15. Prior address of debtor

None


If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

B 7 (04/13)                                                                                                    7

**16.  Spouses and Former Spouses**

None
☑     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
      California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight
      years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
      any former spouse who resides or resided with the debtor in the community property state.

      NAME

---

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination,
releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or
other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes,
or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous
material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑     a.  List the name and address of every site for which the debtor has received notice in writing by a governmental
      unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the
      governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑     b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release
      of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑     c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
      respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party
      to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
     a.  *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses,
      and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
      executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or

B 7 (04/13)                                                                                           8

other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
☐   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

_____

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

_____

### 19.  Books, records and financial statements

None
☑   a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
☑   b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

B 7 (04/13)                                                                                          9

None
☑   c. List all firms or individuals who at the time of the commencement of this case were in possession of the
    books of account and records of the debtor. If any of the books of account and records are not available, explain.

    NAME                                           ADDRESS


None
☑   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
    financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

    NAME AND ADDRESS                               DATE ISSUED

---

### 20. Inventories

None
☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
    taking of each inventory, and the dollar amount and basis of each inventory.

    DATE OF INVENTORY         INVENTORY SUPERVISOR      DOLLAR AMOUNT
                                                        OF INVENTORY
                                                        (Specify cost, market or other basis)


None
☑   b. List the name and address of the person having possession of the records of each of the inventories reported
    in a., above.

    DATE OF INVENTORY                              NAME AND ADDRESSES
                                                   OF CUSTODIAN
                                                   OF INVENTORY RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
    partnership.

    NAME AND ADDRESS          NATURE OF INTEREST    PERCENTAGE OF INTEREST


None
☑   b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
    directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the
    corporation.
                                                        NATURE AND PERCENTAGE
    NAME AND ADDRESS                   TITLE            OF STOCK OWNERSHIP

---

B 7 (04/13)                                                                                                    10

### 22 . Former partners, officers, directors and shareholders

None
☑

a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                    DATE OF WITHDRAWAL

None
☑

b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                      DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                DATE AND PURPOSE           AMOUNT OF MONEY
OF RECIPIENT,                 OF WITHDRAWAL              OR DESCRIPTION
RELATIONSHIP TO DEBTOR                                   AND VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None


If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER-IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None


If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND              TAXPAYER-IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

B 7 (04/13)                                                                                                11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  4-26-13                          Signature
                                       of Debtor        *James T. Kavanagh Jr.*

                                       Signature of
Date  4-26-13                          Joint Debtor     *Isabelle Kavanagh*
                                       (if any)

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  _____         Signature        _____

                                       Print Name and
                                       Title            _____

        [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____              _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____              _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

### NORTHERN District of ILLINOIS

In re **Kavanagh, Jr., James Thomas** *Kavanagh, Isabelle*      Case No. _____

                    Debtor                                                    Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|

Property will be *(check one)*:
  ☐ Surrendered                ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien
using 11 U.S.C. § 522(f)).


Property is *(check one)*:
  ☐ Claimed as exempt                ☐ Not claimed as exempt

---

Property No. 2 *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|

Property will be *(check one)*:
  ☐ Surrendered                ☐ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien
using 11 U.S.C. § 522(f)).


Property is *(check one)*:
  ☐ Claimed as exempt                ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                                    Page 2

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**0** _____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: 4-26-13

_____
Signature of Debtor

_____
Signature of Joint Debtor

# United States Bankruptcy Court

District Of  **ILLINOIS**

IN RE.    **Kavanagh, Jr., James Thomas -and- Kavanagh,** Isabelle

Debtor(s).                                        Case No. _____

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of my/our knowledge and that it corresponds to the creditors listed in my/our schedules.

Date: **4-26-13**

Debtor

Joint Debtor

Academy Collection
Services
10965 Decatur Road
Philadelphia PA 19154


Advanced Eye Care
1870 Silver Cross Blvd.
New Lenox IL 60451


Advanced Eye Care
1870 Silver Cross Blvd.
New Lenox IL 60451


Advanced Urology
812 Campus Drive
Joliet IL 60435


Advanced Urology
Associates
723 First Street
Lasalle IL 61301


Advanced Urology
Associates
P.o. Box 416
Lasalle IL 61301


Alliance One Receivables
6565 Kimball Drive
Suite 200
Gig Harbor WA 98335


American Collections
919 Estes Court
Schaumburg IL 60193

**Amy And Linda Karges**
**C/o Timothy Kohn**
**1301 1/2 Lasalle Street**
**Ottawa IL 61360**

**Armor Systems**
**1700 Keiffer Drive**
**Suite 1**
**Zion IL 60099**

**Aschinberg Pediatrics**
**114 Barney Drive**
**Joliet IL 60435**

**Asset Acceptance Llc**
**P.o. Box 2036**
**Warren MI 48030**

**Assetcare Inc.**
**P.o. Box 15379**
**Department 17**
**Wilmington DE 19850**

**Associated Radiologist**
**Joliet**
**39069 Treasury Center**
**Chicago IL 60694**

**Associated Radiologist Of**
**Joli**
**6801 West 73rd Street**
**Bedford Park IL 60499**

**Associated Radiologist Of**
**Joli**
**39069 Treasury Center**
**Chicago IL 60694**

**Associated Radiologist Of
Joli
6801 West 73rd Street
Bedford Park IL 60499**


**Associated Radiology Of
Joliet
6801 West 73rd Street
Bedford Park IL 60499**


**Associated Radiology Of
Joliet
1870 New Lenox Blvd
Joliet IL 60451**


**Associated Radiology Of
Joliet
6801 West 73rd Street
Bedford Park IL 60499**


**At&t
P.o. Box 8100
Aurora IL 60607**


**At&t
P.o. Box 8100
Aurora IL 60507**


**Ati Physical Therapy
4947 Paysphere Circle
Chicago IL 60674**


**Att Mobility
P.o. Box 467600
Atlanta GA 31146**

Att Uverse
P.o. Box 5014
Carol Stream IL 60197


Bank Of America
3451 Harry Truman Blvd
St. Charles MO 63301


Bay Area Credit Services
1901 West 10th Street
Antioch CA 94509


Bjdr Family Medicine
12533 W. Lakeview Drive
Orland Park IL 60487


Capital One
P.o. Box 71083
Charlotte NC 28272


Capital One Services
1957 Westmoreland Road
Richmond VA 23276


Caseys
C/o Trac A Check
P.o. Box 2764
Davenport IA 52809


Certified Services
1733 Washington Street
Suite 201
Waukegan IL 60085

Charles Murphy
C/o Dalton & Dalton, Pc
6930 West 79th Street
Burbank IL 60459


Chase
1111 Polaris Parkway
Columbus OH 43240


Chase Manhattan Auto
Finance
P.o. Box 31167
Tampa FL 33631


Chase Manhattan Bank
C/o American Coradius
Intl.
2420 Sweet Home Rd. #150
Amherst NY 14228


Check N Go
C/o Goodwin & Bryan Llp
P.o. Box 26094
Fairview Park OH 44126


Check Plus Systems
P.o. Box 33698
San Antonio TX 78265


Checks Unlimited
P.o. Box 17400
Colorado Springs CO 80935


Christopher Ramsey
1743 Waters Edge Drive
Minooka IL 60447

Churchill Physical Health
101 129th Infantry Drive
Joliet IL 60435


Citibank
C/o First Collection
Bureau
P.o. Box 3095
Reno NV 89505


Citibank
C/o Blatt Hasenmiller,
Leibske
125 S. Wacker Drive
Chicago IL 60606


Citibank
C/o Asset Acceptance
P.o. Box 2036
Warren MI 48090


Citizens Bank
100a Sockanosett
Crossroads
Cranston RI 02920


Citizens Finance Company
7911 West 171st Street
Tinley Park IL 60477


Citizens First National
Bank
606 South Main Street
Princeton IL 51356


Clarity Services
P.o. Box 5717
Clearwater FL 33758

Collection Company Of
America
700 Longwater Drive
Norwell MA 02061


Collection Professionals
723 First Street
P.o. Box 416
Lasalle IL 61301


Collection Professionals
723 First Street
Lasalle IL 61301


Collection Professionals,
Inc.
723 First Street
Lasalle IL 61301


Com Ed
3 Lincoln Center, Attn:
Claims
Oak Brook IL 60181


Com Ed
Bill Payment Center
Chicago IL 60668


Com Ed
P.o. Box 6111
Carol Stream IL 60197


Com Ed
P.o. Box 6111
Carol Stream IL 60197

**Com Ed**
**P.o. Box 6111**
**Carol Stream IL 60197**

**Com Ed**
**P.o. Box 6111**
**Carol Stream IL 60197**

**Comcast**
**P.o. Box 3002**
**Southeastern PA 19398**

**Comcast**
**P.o. Box 3002**
**Southeastern PA 19398**

**Comcast**
**1701 Jfk Blvd.**
**Philadelphia PA 19103**

**Comcast**
**1500 Mcconnor Pkwy**
**Schaumburg IL 60173**

**Comcast**
**155 Industrial Drive**
**Elmhurst IL 60126**

**Community Orthopedics**
**1240 Essington Road**
**Suite 200**
**Joliet IL 60435**

Continental Finance
P.o Box 8099
Newark DE 19714


Continental Finance
P.o. Box 8099
Newark DE 19714


Contract Callers, Inc
P.O. Box 212489
Augusta GA 30917


Convergent Outsourcing
P.o. Box 9004
Renton WA 98057


Credit Acceptance Corp
P.o. Box 513
Southfield MI 48037


Credit America
101 Grovers Mill Road
Lawrenceville NJ 08648


Credit Management Control
P.o. Box 1408
Racine WI 53401


Creditors Collection
Bureau
P.o. Box 1022
Wixom MI 48393

Creditors Collection
Bureau
P.o. Box 1022
Wixom MI 48393


Creditors Collection
Bureau
Po.o. Box 63
Kankakee IL 60901


Creditors Collection
Bureau
P.o. Box 63
Kankakee IL 60901


Creditors Discount & Audit
P.O. Box 213
Streator IL 61364


Creditors Discount & Audit
P.O. Box 213
Streator IL 61364


Creditors Discount And
Audit
415 Main Street
Streator IL 61364


Creditors Protection
Service
P.o. Box 4115
Rockford IL 61110


David B. Taylor
C/o Michael Naughton
P.o. Box 10
Manhattan IL 60442

Dennis Brebner &
Associates
860 Northpoint Blvd.
Waukegan IL 60085


Digestive Health
Associates
1100 Houboult Road
Joliet IL 60431


Direct Tv
P.o. Box 9001069
Louisville KY 40290


Dish Network
Department 63
Palatine IL 60055


Diversified Consultants
600 Coon Rapids Blvd
Coon Rapids IL 55433


Diversified Consultants
P.o. Box 551268
Jacksonville IL 32256


Duggans Family Martial
Arts
C/o Silverman, Burns,
Kasmen
P.o. Box 974
Jenkintown PA 19046

E Check
2218 Southern Blvd
Suite 11
Rio Rancho NM 87124

E&r Medicine
C/o United Recovery
Service
18525 Torrence Ave. #c-6
Lansing IL 60438


Eagan Accounting
2825 Lone Oak Parkway
Eagan MI 55121



Em Strategies
P.o. Box 1208
Bedford Park IL 60499



Em Strategies
P.o. Box 366
Hinsdale IL 60522



Enhanced Recovery
8014 Bayberry Road
Jacksonville FL 32256



Ent Surgical Associates
2201 Glenwood Avenue
Joliet IL 60435



Environmental &
Respiratory Md
10660 W. 143rd Street
Orland Park IL 60462



Escallate, Llc
5200 Stoneham Road
Suite 200
North Canton OH 44720

Everest Cash Advance
P.o. Box 7826
Overland Park KS 66207


First Premier
601 South Minnesota Avenue
Sioux Falls SD 57104


First Premier Bank
P.o. Box 5147
Sioux Falls SD 57117


Firstsource
205 Bryant Woods South
Amherst NY 14228


Fisher Mangold Joliet
C/o Creditwatch
P.o. Box 156269
Fort Worth TX 76155


Fisher Mangold/joliet
P.o. Box 630707
Cincinatti OH 45263


Founders Bank
6825 West 111th Street
Worth IL 60482


Freedman, Anselmo &
Lindberg L
1807 West Diehl Road
Suite 333
Naperville IL 60566

Geico Insurance
One Geico Plaza
Bethesda MD 20811

Gemb - Sams Club
P.o. Box 981127
El Paso TX 79995

Georgia Receivables
Louis S. Freedman
P.o. Box 3228
Naperville IL 60566

Gerry Garay
1062 Vermillion Street
Plano IL 60563

Gordon & Backhus
1802 N. Division
Morris IL 60450

Gregerson Radiology
Consultant
0s630 Prestoncircle
Geneva IL 60134

H. Craig Fox, Dpm
2201 Ridge Road
Minooka IL 60447

Harris & Harris
222 Merchandise Mart Plaza
Suite 1900
Chicago IL 60654

Harris Bank
Jay K. Levy & Associates
155 Revere Drive, Suite 2
Northbrook IL 60062


Harvard Collection
4839 North Elston
Chicago IL 60630


Harvard Collection
Services
4839 N. Elston Avenue
Chicago IL 60630


Healthcare Morris Hospital
201 S. Wabena Avenue
Suite C
Minooka IL 60447


Heart Care Centers Of
Illinois
P.o. Box 766
Bedford Park IL 60499


Heart Care Centers Of
Illinois
P.o. Box 766
Bedford Park IL 60499


Heart Care Centers Of
Illinois
P.o. Box 1180
Sharpsburg GA 30277


Heartland Bank
401 N.. Hershey Road
Bloomington IL 61704

Highlights For Children
P.o. Box 6037
Harlan IA 51593


Highlights For Children
P.o. Box 6037
Harlan IA 51593


Hinsdale Orthopedics
P.O. Box 914
Lagrange IL 60525


Hinsdale Orthopedics
P.O. Box 914
Lagrange IL 60525


Homer Glen Pediatrics
12701 West 143rd Street
Lockport IL 60441


Hr Imaging Partners
P.o. Box 916
Ottawa IL 61350


Ic Systems
P.o. Box 64378
St. Paul MN 55184


Illinois Collection
Service
P.o. Box 1010
Tinley Park IL 60477

Illinois Collection
Service
P.o. Box 646
Oak Lawn IL 60454


Illinois Department Of
Employm
Benefit Repayments
P.o. Box 6996
Chicago IL 60680


Illinois Department Of
Employm
Benefit Repayment
P.o. Box 19286
Springfield IL 62794


Illinois Tollway
Po Box 5201
Lisle IL 60532


Illinois Tollway
P.o. Box 5021
Lisle IL 60532


James Allen
1420 Kettleson Drive
Minooka IL 60447


James Morrone, Dds
120 Oak Brook Center
Suite 700
Oak Brook IL 60523


Jnr Adjustment
P.o. Box 27070
Minneapolis MN 55247

John Lee Jackson
1445 Langham Creek Drive
Houston TX 77084


Joliet Junior College
1215 Houbolt Road
Joliet IL 60431


Joliet Radiation Oncology
P.o. Box 379
Orland Park IL 60462


Joliet Radiation Oncology
P.o. Box 379
Orland Park IL 60462


Leading Edge Recovery
Solution
P.o. Box 129
Linden MI 48451


Leading Edge Recovery
Solution
P.o. Box 129
Linden MI 48451


Lee Ann Sierecki
246 Prairie Ridge Drive
Minooka IL 60447


Livermore Billing Center
7535 Southfront Road
Building B
Livermore CA 94550

Lvnv Funding
C/o Van Ru Collections
P.o. Box 208
Park Ridge IL 60068


Market Day
C/o Quick Recovery
P.o. Box 7003
Americus GA 31709


Mci
P.o. Box 9644
Mission Hills CA 91346


Mci
P.o. Box 9644
Mission Hills CA 91346


Med Bush
1460 Renessaince Drive
Park Ridge IL 60068


Medical Business Bureau
P.o. Box 1219
Park Ridge IL 60068


Medical Recovery
Specialists
2250 East Devon Avenue
Des Plaines IL 60018


Medical Recovery
Specialists
2250 East Devon Avenue
Suite 352
Des Plaines IL 60018

Member Soluctions
C/o Credit Counsel
1400 Ne Miami Gardens
Drive
Miami FL 33179


Michael Rp. Maughton
P.o. Box 10
Manhattan IL 60442


Michaels
C/o United Compucred
P.o. Box 111000
Cincinnati OH 45211


Midstate Collection
Solutions
860 Northpoint Blvd.
Waukegan IL 60085


Millenium Credit
149 East Thompson Avenue
West St. Paul MN 64693


Minooka Pharmacy
P.o. Box 150
Minooka IL 60447


Minooka Tobacco
C/o Global Telecomm
P.o. Box 6867
Destin FL 32550


Minor Chiropractic Health
Cent
25520 South Pheasant Lane
Unit G
Channahon, IL 60410

Miramed Revenue Group
Department 77304
P.o. Box 77000
Detroit MI 48277


Money & More
C/o Collections
Professional
2101 Bob Hope Dr. #e5-302
Rancho Mirage CA 92270


Morris Hospital
150 West High Street
Morris IL 60450


Morris Hospital
150 West High Street
Morris IL 60450


Morris Hospital
150 West High Street
Morris IL 60450


Morris Hospital
150 West High Street
Morris IL 60450


Morris Hospital
150 West High Street
Morris IL 60450


Morrone Oral Surgeons
120 Oak Brook Center
Suite 700
Oak Brook IL 60523

Mrs Associates
1930 Olney Avenue
Cherry Hill NJ 08003


Music And Arts
4626 Wedgewood Blvd.
Frederick MD 21703


Nbk Encyclopedia
2931 E. Mccarty Street
Jefferson City MO 65101


Nco Financial Systems
507 Prudential Road
Horsham PA 19044


Netzero
C/o United On Line
Collections
P.o. Box 5006-bd
Woodland Hills CA 91365


Nicor
P.o. Box 5407
Carol Stream IL 60107


Nicor Gas
P.o. Box 416
Aurora IL 60568


Nicor Gas
P.o. Box 15630
Department 99
Wilmington DE 19850

**Nicor Gas**
**P.o. Box 0632**
**Aurora IL 60507**


**Nicor Gas**
**P.o. Box 0632**
**Aurora IL 60507**


**Nicor Gas**
**1844 West Ferry Road**
**Naperville IL 60563**


**Nicor Solutions**
**P.o. Box 3042**
**Naperville IL 60566**


**Northwest Collectors**
**3601 Algonquin Road**
**Suite 232**
**Rolling Meadows IL 60008**


**Oreck Financial Services**
**C/o Alpat Company**
**P.o. Box 1689**
**Slidell LA 70459**


**Oreck Financial Services**
**P.o. Box 1689**
**Slidell LA 70459**


**Osi Collection**
**1375 East Woodfield Drive**
**Schaumburg IL 60173**

Palos Community Hospital
12251 South 80th Avenue
Palos Heights IL 60463


Palos Community Hospital
C/o Nationwide Credit
9919 Roosevelt Road
Westchester IL 60154


Pathology And Laboratory
Consu
6965 Reliable Parkway
Chicago IL 60686


Payliance
3 Easton Oval
Suite 210
Columbus OH 43219


Physicians Credit Bureau
3592 Corporate Drive
Columbus OH 43231


Physicians Immediate Care
P.o. Box 544
Department 5390
Milwaukee WI 53201


Pioneer Credit Recovery
P.o. Box 3116
Lake City FL 32056


Prairie Rheumatology
Associate
10660 W. 143rd Street
Suite B
Orland Park IL 60462

Premier Bankcard
Accounts Receivable
Management
P.o. Box 129
Thorofare NJ 08086


Progressive
6300 Wilson Mills Blvd.
Cleveland OH 44143


Provena St. Joseph
1643 Lewis Avenue
Billings MT 59102


Provena St. Joseph
1643 Lewis Avenuie
Suite 203
Billings MT 59102


Provena St. Joseph
P.o Box 88097
Chicago IL 60680


Pulmonary And Critical
Care
10660 W. 143rd Street
Orland Park IL 60462


Pulmonary And Critical
Care Co
10660 West 143rd Street
Suite B
Orland Park IL 60462


Quest Diagnostics
P.o. Box 809403
Chicago IL 60680

Resurgence Financial
C/o Blatt, Hasenmiller
Leibske
P.o. Box 5463
Chicago IL 60680


Richard Geiger, M.d.
10743 West 165th Street
Orland Park IL 60467



Rjm Acquisitions
575 Underbill Blvd.
Sutie 224
Syosset NY 11791



Ryan Vonholten, Do
25520 South Pheasant Lane
Channahon, IL 60410



Scholastic
P.o. Box 6023
Jefferson City MO 65102



Shafer & Associates
101 S. 5th Avenue
Suite 100
Columbia MO 65201



Sherwin Ritz, Md
35 East Willow Street
Coal City IL 60146



Silver Cross Hospital
P.o. Box 100
Joliet IL 60434

Silver Cross Hospital
P.o. Box 739
Moline IL 61266


Southwest Infectious
Disease
1051 Essington Road
Joliet IL 60435


Southwest Infectious
Disease
1051 Essington Blvd.
Joliet IL 60435


Spectrum Eye Institute
1051 Essington Road, #200
Joliet IL 60435


Stellar Recovery
1327 Highway 2
Suite 100
Kalispell MT 59901


Summit Center For Mental
Healt
3033 West Jefferson Street
Joliet IL 60435


Supervalu
C/o Certegy Payment
Recovery S
P.o. Box 038997
Tuscaloosa AL 35403


Tezak Funeral Home
C/o Steven Plato Troy
116 N. Chicago Street
Joliet IL 60432

Tezak Funeral Home
1211 Plainfield Road
Joliet IL 60435

The Private Bank
70 West Madison, Suite 200
Chicago IL 60602

Tmobile Wireless
C/o Mitchell Kay, P.c.
P.o. Box 2374
Chicago IL 60690

Tmobile Wireless
12920 Se 38th Street
Bellevue WA 98006

Torres Credit Services
27 Fairview Street
Carlisle PA 17015

Transworld Systems
507 Prudential Road
Horsham PA 19044

Transworld Systems
507 Prudential Road
Horsham PA 19044

Transworld Systems
2235 Mercury Way
Santa Rosa CA 95407

Transworld Systems
2235 Mercury Way
Suite 275
Santa Rosa CA 95407


United Auto Insurance
3201 North Harlem Avenue
Chicago IL 60634


United Compucred
4190 Harrison Avenue
Cincinnatti OH 45211


United Recovery Service
18525 Torrence
Suite C-6
Lansing IL 60438


Universal Fidelity
P.o. Box 219785
Houston TX 77218


Us Cellular
Department 0203
Palatine IL 60055


Us Cellular
Department 0203
Palatine IL 60055


Verizon Wireless
C/o Cbe Group
P.o. Box 2038
Waterloo IA 50704

**Vesta Payments And
Collections
P.o. Box 23874
Portland OR 97281**


**Vesta Payments And
Collections
P.o. Box 23874
Portland OR 97281**


**Village Of Minooka
121 East Mcevilly
Minooka IL 60447**


**Village Of Minooka
121 East Mcevilly
Minooka IL 60447**


**Village Of Worth
Municipal Collection
Service
P.o. Box 666
Lansing IL 60438**


**Vision Financial Services
P.o. Box 1748
Laporte IN 46352**


**Walgreens
C/o Cps Security
P.o. Box 782408
San Antonio TX 78278**


**West Asset Management
P.o. Box 790113
St. Louis MO 63179**

**Whitehall Cash Advance**
**P.o. Box 330**
**Hays MT 59527**


**Woodforest**
**C/o Mirand Response**
**Systems**
**P.o. Box 219050**
**Houston TX 77218**